Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANN FOX ) | Case No. 2:14-cv-05159-MMM-VBK |
|     Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF SETTLEMENT** |
| ) | |
| ) | |
| I.C. SYSTEM, INC., ) | |
|     Defendant. ) | |
| ) | |
| _____ ) | |

    NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation for Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

    Respectfully submitted this 5th day of August, 2014.

                    By: s/Todd M. Friedman
                        TODD M. FRIEDMAN
                        Law Offices of Todd M. Friedman, P.C.
                        Attorney for Plaintiff

Filed electronically on this 5th day of August, 2014., with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

United States District Court
Central District of California

Sean Flynn
GORDON & REES LLP
2211 Michelson Drive, Suite 400
Irvine CA 92612
Attorney for Defendant

This 5th day of August, 2014.

s/Todd M. Friedman
Todd M. Friedman