JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANN FOX,<br><br>　　　　　Plaintiff(s),<br><br>　　vs.<br><br>I.C. SYSTEM, INC.,<br><br>　　　　　Defendant(s). | CASE NO. CV 14-05159MMM(VBKx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __60__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED:  August 5, 2014

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE